HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHRISTIAN CARLOS OROZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:18-cr-104-KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER TO FILE DEFENDANT'S EXHIBIT A TO MOTION FOR MENTAL COMPETENCY HEARING UNDER SEAL |
| vs. | ) | |
| CHRISTIAN CARLOS OROZCO, | ) | |
| Defendant. | ) | |

**IS HEREBY ORDERED** that the Request to Seal Exhibit A to Mr. Christian Carlos' Orozco's Motion for Mental Competency Hearing be granted so that the private information is not available on the public docket.  The records are to be provided to the Court and opposing counsel.

Defendant's Request to Seal and Defendant's Exhibit A to Motion for Mental Competency Hearing are hereby SEALED.  These documents shall remain under seal until further Order of the Court.

Dated: May 6, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Order to Seal Documents                       -1-