HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH ROSE LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTIAN CARLOS OROZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00104-KJM |
|---|---|
| Plaintiff, | **MEMO REGARDING WAIVER OF PERSONAL APPEARANCE; WAIVER** |
| vs. | |
| CHRISTIAN CARLOS OROZCO, | Date: June 22, 2020 |
| Defendant. | Time: 9:00 A.M. |
| | Judge: Hon. Kimberly J. Mueller |

**TO: McGREGOR W. SCOTT, UNITED STATES ATTORNEY AND ROSS PEARSON, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings Under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings, including change of plea hearings, if the case cannot be further delayed without serious harm to the interests of justice.

In this matter, Mr. Orozco has an interest in resolving his case by proceeding to the Change of Plea hearing via video-teleconference. Were this Court to delay the hearing until a time when the proceeding may be held in person, Mr. Orozco's interest in timely resolving his

case would be thwarted. Additionally, such delay would result in Mr. Orozco's ongoing custody at the Sacramento County Jail, where he has been incarcerated for over two years pretrial.

Further delay of the change of plea hearing would thus inflict serious harm to the interests of justice.

                        Respectfully Submitted,

                        HEATHER E. WILLIAMS
                        Federal Defender

Dated: June 22, 2020          */s/ Hannah Rose Labaree*
                        HANNAH ROSE LABAREE
                        Assistant Federal Defender
                        Attorneys for
                        CHRISTIAN CARLOS OROZCO

Mr. Orozco, having been advised of his right to appear in person for his Change of Plea hearing, hereby waives his right to personally appear at the hearing on June 22, 2020, and instead requests to appear via video-teleconference from the United States Marshal's lock-up facility.

Dated: June 22, 2020          */s/ Christian Carlos Orozco*
                        CHRISTIAN CARLOS OROZCO
                        Defendant

I hereby concur in my client's waiver.

Dated: June 22, 2020          */s/ Hannah Rose Labaree*
                        HANNAH ROSE LABAREE
                        Assistant Federal Defender
                        Attorney for
                        CHRISTIAN CARLOS OROZCO

**ORDER**

Pursuant to the defendant's request for waiver of in-person appearance, and good cause appearing, this Court specifically finds that:

1) The Change of Plea hearing in this case cannot be further delayed without serious harm to the interests of justice;

2) The defendant has waived his physical presence at the hearing and consents to remote hearing by videoconference; and

3) Therefore, based on the findings above, and under the Court's authority under § 15002(b) of the CARES Act and General Order 614, the Change of Plea hearing in this case will be conducted by videoconference.

IT IS SO FOUND AND ORDERED this 23 day of June, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE