HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHRISTIAN CARLOS OROZCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN CARLOS OROZCO,<br><br>Defendant. | Case No.  2:18-cr-104 KJM<br><br>ORDER TO FILE EXHIBITS A , B and G TO DEFENDANT'S SENTENCING MEMORANDUM |

**IS HEREBY ORDERED** that the Request to Seal the medical records in Mr. Orozco's case be granted so that the private medical information is not available on the public docket. The Exhibits are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: October 19, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE

Order to Seal Documents                                  -1-